(98 South. 219)

**Ex parte ROSENBLUM. (8 Div. 619.)**

(Supreme Court of Alabama. Dec. 6, 1923.)

Criminal law ☞1070—Certiorari abated by death of petitioner.

Petition for certiorari to the Court of Appeals to review and revise a judgment affirming a conviction is abated by the death of the petitioner.

Certiorari to Court of Appeals.

Petition by Jake Rosenblum for certiorari to the Court of Appeals to review and revise the judgment and decision of such court in the case of Rosenblum v. State, 98 South. 216. Abated by death.

Douglass Taylor, of Huntsville, for petitioner.

Harwell G. Davis, Atty. Gen., opposed.

PER CURIAM. Petition of Jake Rosenblum for certiorari to the Court of Appeals to review and revise the judgment and decision of said court in the case of Rosenblum v. State, 98 South. 216.

Abated by the death of petitioner.